GORDON REES SCULLY MANSUKHANI LLP
CRAIG J. MARIAM (SBN: 225280)
cmariam@grsm.com
HAZEL MAE B. PANGAN (SBN: 272657)
hpangan@grsm.com
SAMUEL B. LAUGHLIN (SBN: 299720)
slaughlin@grsm.com
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant and Counterclaimant
KOCHAVA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVERAMP, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KOCHAVA, INC., a Delaware Corporation, <br><br> Defendant. <br><br><br> KOCHAVA, INC., a Delaware Corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> LIVERAMP, INC., a Delaware Corporation, <br><br> Counter-Defendant. | CASE NO.: 3:19-cv-02158-CRB <br><br> Judge: Honorable Charles R. Breyer <br><br> **STIPULATED REQUEST TO EXTEND CASE SCHEDULE; [PROPOSED] ORDER** |

TO THIS HONORABLE COURT:

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Plaintiff and Counter-Defendant LiveRamp, Inc. ("LiveRamp") and Defendant and Counterclaimant Kochava, Inc. ("Kochava") (collectively, the "Parties") respectfully submit this stipulated request to extend the case schedule in this matter by ninety (90) days for good cause. The Parties seek the requested extensions due to ongoing settlement discussions, as further explained below.

WHEREAS, the Parties submitted a Joint Case Management Conference Statement on February 7, 2020, with an agreed case schedule (Dkt. 71);

WHEREAS, the Court adopted the agreed case schedule contained in the Joint Case Management Conference Statement on February 14, 2020 (Dkt. 73);

WHEREAS the Parties previously stipulated to extend the case schedule due to the unavailability of in-person depositions caused by the current COVID-19 pandemic (Dkt. 90);

WHEREAS this Court granted the prior stipulation to extend the case schedule (Dkt. 91);

WHEREAS discovery has been significantly delayed and hampered due to the COVID-19 pandemic, inclusive of the lack of availability of witnesses, among other concerns; stemming partially from such issues, the Parties have been engaged in significant late stage settlement discussions wherein the Parties have, in their view appropriately, expended resources toward resolution in lieu of expenditures of the significant time and expense discovery in this case will further entail;

WHEREAS a proposed settlement agreement has been exchanged, and is currently under review with Plaintiff;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE to continue the current case schedule by approximately ninety (90) days, as follows:

| EVENT | CURRENT DEADLINE/DATE | STIPULATED DEADLINE/DATE |
|---|---|---|
| Cutoff to Serve Written Fact Discovery | April 14, 2021 | July 13, 2021 |
| Exchange of Expert Reports | June 14, 2021 | September 13, 2021 |
| Rebuttal Expert Reports | July 14, 2021 | October 12, 2021 |
| Close of Discovery | August 17, 2021 | November 15, 2021 |
| Deadline for Filing Dispositive and Daubert Motions | September 14, 2021 | December 13, 2021 |
| Status Conference by Zoom | December 11, 2020 | ~~March 11, 2021~~ March 12, 2021 |
| Joint Status Report Due | December 4, 2020 | March 4, 2021 |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 9, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By:  /s/ *Craig J. Mariam*
     Craig J. Mariam
     Hazel Mae B. Pangan
     Samuel B. Laughlin
     Attorneys for Defendant and
     Counterclaimant KOCHAVA, INC.

| | | |
|---|---|---|
| 1 | Dated:  November 6, 2020 | WILSON SONSINI GOODRICH & ROSATI, P |
| 2 | | |
| 3 | | By:  /s/ *Shelby Pasarell Tsai* |
| | | Tonia Ouellette Klausner |
| 4 | | Shelby Pasarell Tsai |
| | | Attorneys for Plaintiff and Counter- |
| 5 | | Defendant LIVERAMP, INC. |

**ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing of this stipulation is submitted, concur in the filing's content and have authorized the filing.

/s/ *Craig J. Mariam*
Craig J. Mariam

-4-
STIPULATED REQUEST TO EXTEND CASE SCHEDULE; [~~PROPOSED~~] ORDER
CASE NO. 3:19-CV-02158-CRB

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

| EVENT | CURRENT DEADLINE/DATE | STIPULATED DEADLINE/DATE |
|---|---|---|
| Cutoff to Serve Written Fact Discovery | April 14, 2021 | July 13, 2021 |
| Exchange of Expert Reports | June 14, 2021 | September 13, 2021 |
| Rebuttal Expert Reports | July 14, 2021 | October 12, 2021 |
| Close of Discovery | August 17, 2021 | November 15, 2021 |
| Deadline for Filing Dispositive and Daubert Motions | September 14, 2021 | December 13, 2021 |
| Status Conference by Zoom | December 11, 2020 | March 11, 2021 |
| Joint Status Report Due | December 4, 2020 | March 4, 2021 |

Dated:  November 10, 2020



Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE