| | |
|---|---|
| GORDON REES SCULLY MANSUKHANI LLP<br>CRAIG J. MARIAM (SBN: 225280)<br>cmariam@grsm.com<br>HAZEL MAE B. PANGAN (SBN: 272657)<br>hpangan@grsm.com<br>SAMUEL B. LAUGHLIN (SBN: 299720)<br>slaughlin@grsm.com<br>633 West Fifth Street, 52nd Floor<br>Los Angeles, CA  90071<br>Telephone: (213) 576-5000<br>Facsimile: (213) 680-4470<br><br>*Attorneys for Defendant and Counterclaimant*<br>*KOCHAVA, INC.* | TONIA OUELLETTE KLAUSNER, *admitted pro hac vice*<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY  10019-6022<br>Telephone:   (212) 999-5800<br>Facsimile:   (212) 999-5800<br>Email:        tklausner@wsgr.com<br><br>SHELBY PASARELL TSAI, SBN: 220408<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA  94105-1126<br>Telephone:   (415) 947-2159<br>Facsimile:   (415) 947-2099<br>Email:        stsai@wsgr.com<br><br>*Counsel for Plaintiff and Counter-Defendant LiveRamp, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVERAMP, INC., a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KOCHAVA, INC., a Delaware Corporation,<br><br>　　　　　　　Defendant.<br><br>KOCHAVA, INC., a Delaware Corporation,<br><br>　　　　　　　Counterclaimant,<br><br>　vs.<br><br>LIVERAMP, INC., a Delaware Corporation,<br><br>　　　　　　　Counter-Defendant. | CASE NO.: 3:19-cv-02158-CRB<br><br>Judge: Honorable Charles R. Breyer<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

-1-

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER　　　　CASE NO. 3:19-CV-02158-CRB

TO THIS HONORABLE COURT:

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff and Counter-Defendant LiveRamp, Inc. ("LiveRamp") and Defendant and Counterclaimant Kochava, Inc. ("Kochava") (collectively, the "Parties") respectfully submit this stipulated request for dismissal with prejudice.

WHEREAS, Plaintiff LiveRamp, commenced the above-captioned action against Kochava on April 22, 2019.

WHEREAS, through its April 22, 2019 Complaint, LiveRamp sought a declaration that: (1) LiveRamp's use and registration of the IDENTITYLINK and LIVERAMP IDENTITYLINK marks do not infringe upon, dilute, or otherwise violate any valid right of Kochava under applicable federal or state law; (2) that LiveRamp's rights in the IDENTITYLINK and LIVERAMP IDENTITYLINK marks are superior to any rights of Kochava to such marks; (3) and enjoining Kochava from (a) directly or indirectly charging infringement, dilution, or other legal violation, or instituting any action for infringement, dilution, or other violation of alleged rights of Kochava in the term "identity link" or "IdentityLink" against LiveRamp or any of LiveRamp's agents, direct or indirect customers, or any person, by reason of the use or registration of LiveRamp's IDENTITYLINK and LIVERAMP IDENTITYLINK marks, and (b) using or displaying the IDENTITYLINK and LIVERAMP IDENTITYLINK marks or any substantially similar marks in a bad faith effort to confuse LiveRamp's IDENTITYLINK customers and prospective customers.

WHEREAS, Kochava filed Counterclaims against LiveRamp, with the operative Amended Counterclaims filed on May 18, 2020.

WHEREAS, in the May 18, 2020 Amended Counterclaims, Kochava asserted claims against LiveRamp for (1) Trademark Cancellation, (2) Declaratory Relief, (3) Federal Trademark Infringement, (4) Federal Unfair Competition, (5) Common Law Trademark Infringement, and (6) Violation of California Business & Professions Code Section 17200, et seq.

WHEREAS, each Party has fully, finally, and completely resolved their disputes concerning the issues involved in the above-captioned matter and now desires to dismiss their claims.

NOW THEREFORE, the Parties hereby STIPULATE and AGREE to a dismissal with prejudice as follows: (a) LiveRamp's dismissal of all claims against Kochava with prejudice; (b) Kochava's dismissal of all counterclaims against LiveRamp with prejudice; and (c) the Parties shall bear their own attorneys' fees, expenses, experts fees, and costs incurred in connection with this Action.

Respectfully submitted,

Dated: March 16, 2021    GORDON REES SCULLY MANSUKHANI, LLP

By:  /s/ Craig J. Mariam
     Craig J. Mariam
     Hazel Mae B. Pangan
     Samuel B. Laughlin

     Attorneys for Defendant and Counterclaimant
     KOCHAVA, INC.

Dated: March 16, 2021    WILSON SONSINI GOODRICH & ROSATI, PC

By:  /s/ Shelby Pasarell Tsai
     Tonia Ouellette Klausner
     Shelby Pasarell Tsai

     Attorneys for Plaintiff and Counter-Defendant LIVERAMP, INC.

## **ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing of this stipulation is submitted, concur in the filing's content and have authorized the filing.

/s/ Shelby Pasarell Tsai
Shelby Pasarell Tsai

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that this action be dismissed with prejudice.  Parties to bear their own costs.

Dated:  March 16, 2021

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE